UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-1311

MABLE N. CANTY; LEROY CANTY,

                              Plaintiffs - Appellants,

        versus

RICHLAND COUNTY SCHOOL DISTRICT TWO; CHERYL C.
WASHINGTON, individually and in her official
capacity as principal of Dent Middle School,

                              Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Dennis W. Shedd, District Judge.
(CA-97-3994-3-19BC)

Submitted:  July 8, 1999            Decided:  July 21, 1999

Before HAMILTON and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Hemphill P. Pride, II, LAW OFFICE OF HEMPHILL P. PRIDE, II, Colum-
bia, South Carolina, for Appellant. Kenneth L. Childs, Kathryn Long
Mahoney, Allen D. Smith, CHILDS & HALLIGAN, P.A., Columbia, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mable M. Canty appeals the district court's order dismissing her employment discrimination action. We have reviewed the record and the district court's opinion, accepting the magistrate judge's recommendation, and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Canty v. Richland County Sch. Dist. Two, No. CA-97-3994-3-19BC (D.S.C. Feb. 9, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2